No. 62. ATLANTIC COAST LINE R. R. Co. *v.* TYNER, ADMINISTRATOR. Argued October 26, 1928. Decided October 29, 1928. *Per Curiam:* Reversed and remanded for a new trial on the authority of (1) *Chicago, Milwaukee & St. Paul Ry.* v. *Coogan,* 271 U. S. 472; (2) *Southern Pacific Co.* v. *Berkshire,* 254 U. S. 415; *Chesapeake & Ohio Ry.* v. *Leitch,* 276 U. S. 429; (3) *Gulf, Colorado & Santa Fe Ry.* v. *Moser,* 275 U. S. 133. *Mr. Thomas W. Davis,* with whom *Mr. Simeon Hyde* was on the brief, for petitioner. *Messrs. Lionel Legge* and *John P. Grace* for respondent.

No. 67. MOORE, EXECUTOR, *v.* BUGBEE, COMPTROLLER. Submitted October 26, 1928. Decided October 29, 1928. *Per Curiam:* The writ of error is dismissed for want of a properly presented substantial federal question on the authority of *St. Louis & San Francisco R. R.* v. *Shephard,* 240 U. S. 240; *Missouri Pacific R. R.* v. *Hanna,* 226 U. S. 184. *Mr. Andrew Foulds, Jr.,* for plaintiff in error. *Mr. Edward L. Katzenbach* for defendant in error.

No. —, original. SHEVENELL ET AL., TRUSTEES, *v.* MORTON, DISTRICT JUDGE. November 19, 1928. *Per Curiam:* The motion for leave to file petition for writ of mandamus is denied. *Mr. John Boyle, Jr.,* for petitioners. *Mr. Marcus B. May* for respondent.